IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN WAYNE BENDER, | : |
| Petitioner | : Civil Action No.: |
| | : 05-998 (Habeas Corpus) |
| v. | : |
| | : Chief Judge Donetta W. |
| | : Ambrose/Magistrate Judge |
| | : Lisa Pupo Lenihan |
| JAMES WYNDER; Superintendent; | : |
| the DISTRICT ATTORNEY FOR THE | : |
| COUNTY OF FAYETTE; and the | : |
| ATTORNEY GENERAL FOR THE | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondents | : |

FILED
APR 18 2006
CLERK U.S. DISTRICT COURT
DIST. OF PA

### ORDER

Upon this Court's consideration of Petitioner's "Motion for Reconsideration of Priority of Civil Action under 28 U.S.C. § 1657"

IT IS HEREBY ORDERED that the motion is ~~GRANTED.~~ DENIED

IT IS FURTHER ORDERED that the parties are allowed ten (10) day from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to apppeal.

DATE: 4-20-06

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Steven Wayne Bender
ES-6699, S.C.I. at Dallas
1000 Follies Road
Dallas, PA 18612

Nancy D. Vernon, Esq.
61 East Main Street
Uniontown, PA 15401